TROUTMAN PEPPER HAMILTON SANDERS LLP
Jennifer Mathis, Bar No. 187275
jennifer.mathis@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: 415.477.5700
Facsimile:  415.477.5710

Attorneys for Plaintiff

IRONSHORE SPECIALTY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-cv-02872-WBS-AC<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**<br><br>Judge: William B. Shubb |

The parties to the above-captioned litigation, by and through their respective Counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff **IRONSHORE SPECIALTY INSURANCE COMPANY** has reached a confidential agreement to settle and resolve their claims against all named defendants related to the above captioned matter.

NOW, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff **IRONSHORE SPECIALTY INSURANCE COMPANY** and all named Defendants hereby jointly stipulate to the dismissal of this action, with prejudice. Each party to bear its own respective costs and attorneys' fees associated with the action.

**IT IS SO STIPULATED.**

Dated:  October 7, 2024     **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ Jennifer Mathis

*Attorneys for Plaintiff*
IRONSHORE SPECIALTY INSURANCE COMPANY

Dated:  October 7, 2024     **LHB PACIFIC LAW PARTNERS**

By: /s/ Jenny Jen-Yi Chu
Jenny Jen-Yi Chu
Sandra Elizabeth Stone

*Attorneys for Defendants*
STATE FARM GENERAL INSURANCE COMPANY

IT IS SO ORDERED.

Dated:  October 8, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE